**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

: **CIVIL NO: C-1-00-350**
: **JUDGE SPIEGEL**
: **MAGISTRATE JUDGE HOGAN**

**AARON CHILES,**

**Defendant.**

**ORDER TO SHOW CAUSE**

By this Court's Order dated August 13, 2007, Defendant, Aaron Chiles was ordered to appear

before this Court on Friday, September 14, 2007 at 10:00 a.m. to answer questions concerning

his/her assets, income, expenditures, credits, personal and real property, and to bring all information

set forth in Government Exhibit A. Defendant did not appear as ordered.

**Accordingly, it is hereby ORDERED that Aaron Chiles appear at U. S. District Court,**

**100 East Fifth Street, Hearing Room #701 - 7th Floor, Cincinnati, Ohio 45202 on Thursday,**

**October 25, 2007 at 10:00 a.m. and show cause why he/she should not be held in contempt of**

**Court for failure to appear as ordered. Your failure to appear on Thursday, October 25, 2007,**

**as ordered herein, will result in a warrant being issued for your arrest.**

A copy of this ORDER, along with a copy of Plaintiff's Motion for Order to Show Cause,

shall be served on Defendant by the Plaintiff by certified mail, return receipt requested and/or

Certificate of Mailing.

Dated: _10/3/07_

TIMOTHY S. HOGAN
UNITED STATES MAGISTRATE JUDGE

**GOVERNMENT EXHIBIT A**
LIST OF ITEMS TO BRING TO JUDGMENT DEBTOR EXAMINATION

INDIVIDUAL DEBTOR

1.    Earning statements from your most recent paychecks.

2.    Business records for the present year and past calendar year which reflect assets, liabilities, gross receipts and expenses for any sole proprietorship, partnership or corporation in which you, or your spouse, own any interest.

3.    Current bank statements for the past 12 months from all banks or other financial institutions, where any sole proprietorship, partnership, or corporation in which you, or your spouse, own any interest, or have an account of any kind.

4.    Current bank statements for the past 12 months from all banks, or other institutions, where you, or your spouse, have an account of any kind.

5.    All trust agreements in which you, or your spouse, are named trustor, trustee or beneficiary.

6.    All deeds, leases, contracts, and other documents representing any ownership interest you, or your spouse, have in any real property, and all deeds of trust, mortgages, or other documents evidencing encumbrances of any kind on your real property.

7.    All stocks, bonds, or other securities of any class you may own, by you separately or jointly with others, including options to purchase any securities.

8.    Titles to all motor vehicles owned by you or your spouse.

9.    All life insurance policies in which you are either the insured or the beneficiary.

10.    All promissory notes held by you, and all other documents evidencing any money owed to you either now or in the future.

11.    All financial statements furnished by you within the past five years.

12.    All deeds, bills of sale, or other documents prepared in connection with any transfer made by you, either by gift, sale, or otherwise within the last five years.

13.    A schedule of all regular expenses paid by you, such as installment debts, food, utilities, etc. Include the amount paid, the payee, and, if an installment debt, the amount of debt owing and any security pledged.

14.    All documents evidencing any interest you have in any pension plan, retirement fund, or profit-sharing plan.

15.    All records pertaining to your assets and finances.

16.    Copies of income tax returns for the past three years.

17.    All records of any unincorporated business of which you are an owner or part-owner, or have been an owner within the past three years.