FILED
JAMES BONINI
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

07 OCT 25 PM 1:20

USA,
    Plaintiff(s),

v.

Case No.  1:00cv0350
(J. Spiegel ; Hogan, M.J.)

Aaron Chiles,
    Defendant(s)

## CIVIL MINUTES
Show Cause Hearing re: Student Loan
before the
**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**
**COURTROOM DEPUTY:** Tempann Thomas
**LAW CLERK:** none present
**COURT REPORTER: Official Reporter,** Mary Ann Ranz
**DATE:** October 25, 2007      **TIME:** 10:00 am –

Attorney for Plaintiff(s): _____
Deborah F. Sanders
Craig Black - Paralegal
Betty Vance - Legal Assistant

Attorney for Defendant(s): _____

### WITNESSES

### PROCEDURES

_✓_ Counsel Present
____ Arguments heard on _____
____ Court's decision to follow.
_✓_ Court ordered in open court that a warrant for Aaron Chiles will issue.

Remarks: Deft. was not present.