IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

   vs.                        : CIVIL NO: C-1-00-350
                               : JUDGE SPIEGEL
                               : MAGISTRATE JUDGE HOGAN

**AARON CHILES,**

        **Defendant**

**PLAINTIFF'S MOTION TO QUASH
ORDER FOR ARREST WARRANT**

    Plaintiff, United States of America, respectfully moves this Honorable Court to quash the Order for Arrest Warrant filed on October 29, 2007 in the above captioned case the defendant having complied with the request for financial information. Therefore, it is respectfully requested that the October 29, 2007 Order for Arrest Warrant against Aaron Chiles be quashed.

                                                Respectfully submitted,

                                                GREGORY G. LOCKHART
                                                United States Attorney

                                                s/Deborah F. Sanders
                                                DEBORAH F. SANDERS   (0043575)
                                                Assistant United States Attorney
                                                303 Marconi Blvd., Suite 200
                                                Columbus, Ohio 43215
                                                614-469-5715

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing Plaintiff's Request to Quash Order for Arrest Warrant was electronically filed with the Clerk of the Court using the CM/ECF system this 4th   day of   January  2008 and was mailed  to Aaron Chiles, 7836 Greenland, Cincinnati, Ohio 45237,  by first class, postage paid mail.

                                                    s/Deborah F. Sanders  
                                                    DEBORAH F. SANDERS (0043575)  
                                                    Assistant United States Attorney