IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

AARON CHILES,

        Defendant.

: CIVIL NO: C-1-00-350
: JUDGE SPIEGEL
: MAGISTRATE JUDGE HOGAN

ORDER TO QUASH THE
ORDER FOR ARREST WARRANT

Upon Plaintiff's Motion to Quash Order for Arrest Warrant, and for good cause showing that the defendant has complied with the request for financial information,

**IT IS HEREBY ORDERED** that the October 29, 2007 Order for Arrest Warrant be quashed.

Date: 1/7/08

_____
UNITED STATES MAGISTRATE JUDGE