AO 442    (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

SOUTHERN    District of    OHIO (WESTERN DIVISION)

UNITED STATES OF AMERICA

V.

AARON CHILES

**WARRANT FOR ARREST**

Case Number: 1:00cv350

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    AARON CHILES
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☑ Order of court

☐ Pretrial Release    ☐ Probation    ☐ Supervised Release    ☐ Violation Notice
Violation Petition    Violation Petition    Violation

charging him or her with (brief description of offense)
FAILURE TO APPEAR AT SHOW CAUSE HEARING
(see attached document)

*WARRANT QUASHED 1/7/08*

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

TIMOTHY S. HOGAN                                    /s/ Timothy S. Hogan
Name of Issuing Officer                              Signature of Issuing Officer

U.S. MAGISTRATE JUDGE        10/29/2007        CINCINNATI, OHIO
Title of Issuing Officer                    Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

★ RETURNED UNEXECUTED ★

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | DONNIE RAY / DUSM | /s/ D. W. R.    01-07-08 |